No. 96–8568. VELA v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–8571. GRAY v. WOOD, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–8575. JOHNSON v. GIBBONS. Ct. App. D. C. Certiorari denied.

No. 96–8576. LOWE v. FIELDS ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–8579. ALTSCHUL v. LOGUE, JUDGE. Sup. Ct. Tex. Certiorari denied.

No. 96–8584. HARMON v. SIKES, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–8591. CORNETT v. LONGOIS ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–8592. BERNYS v. WING ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 96–8593. WONG ET AL. v. HAN KUK CHUN ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–8594. NORBURY v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 96–8599. VIDAL v. FLORIDA. Cir. Ct. Fla., Dade County. Certiorari denied.

No. 96–8606. SHARP v. ALLSTATE INSURANCE CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–8607. HUMPHRIES v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 96–8610. FLETCHER v. HARRISON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 96–8630. JACKSON v. BYRD, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT MUNCY, ET AL. C. A. 3d Cir. Certiorari denied.